# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :   No. 240 WAL 2018

                Respondent      :

                            :   Petition for Allowance of Appeal from

                            :   the Order of the Superior Court

          v.                    :

                            :

TYREE GAINES,               :

                            :

                Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.